IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MAXWELL M. HODGE III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-02470 |
| ) | Judge Trauger |
| CORRECTIONS CORPORATION OF ) | |
| AMERICA, ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On October 31, 2016, the Magistrate Judge issued a Report and Recommendation (Docket No. 30), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motions for a Preliminary Injunction (Docket Nos. 9, 13, 15) are DENIED.

This case is returned to the magistrate judge for further handling under the original referral order.

It is so **ORDERED**.

ENTER this 22nd day of November 2016.

_____
ALETA A. TRAUGER
U.S. District Judge