IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MAXWELL M. HODGE, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:16-cv-02470 |
| | ) Judge Aleta A. Trauger |
| CORRECTIONS CORPORATION OF | ) |
| AMERICA *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, the court rules as follows on the pending motions:

(1) The court **DECLINES REVIEW** of the plaintiff's "Motion That Era [*sic*] Was Made by Magistrate Judge Barbara D. Holmes and Needs to Be Corrected by Judge Trauger" (Doc. No. 91) (construed as objections to the magistrate judge's Order (Doc. No. 87) denying the plaintiff's Motion to Request Production of Documents from Defendants (Doc. No. 85)), on the basis that it is untimely.

(2) The plaintiff's "Respon[se] to Magistrate Judge Barbara D. Holmes Recommendation" (Doc. No. 94) (construed as objections to the magistrate judge's Report and Recommendation ("R&R") (Doc. No. 92)) is **OVERRULED**, and the court **ACCEPTS** and **ADOPTS** the R&R in its entirety. The defendants' Motion for Summary Judgment (Doc. No. 68) is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**.

(3) The plaintiff's Motion for Temporary Restraining Order (Doc. No. 93) and Motion for Court Order (Doc. No. 97), are **DENIED AS MOOT** and without prejudice to the plaintiff's

ability to assert the unrelated new claims in an entirely new action.

This is the final Order in this action, for purposes of Fed. R. Civ. P. 58.

It is so **ORDERED**.

ENTER this 10th day of October 2017.

ALETA A. TRAUGER
United States District Judge